UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:21-cv-14482-Cannon/McCabe

CATHERINE BERNTHEIZEL,

    Plaintiff,

v.

SAFECO INSURANCE
COMPANY OF ILLINOIS,

    Defendant.
_____/

## REPORT & RECOMMENDATION ON DE 101

THIS CAUSE comes before the Court upon Defendant's Motion for Sanctions Regarding Second Amended Complaint and Counterclaim ("Motion") (DE 101), which was referred to the undersigned by United States District Judge Aileen M. Cannon (DE 116). For the reasons set forth below, the undersigned **RECOMMENDS** that the Motion be **DENIED WITHOUT PREJUDICE.**

**I.   DISCUSSION**

This is a declaratory judgment action concerning an alleged "double dipping" of insurance recoveries. On November 27, 2023, Defendant filed a Motion for Summary Judgment (DE 89). Approximately one week later – with the summary judgment motion still pending – Defendant filed this Motion, seeking sanctions pursuant to Fed. R. Civ. P. 11 (DE 101).

The Motion is premature. When a party seeks Rule 11 sanctions based upon the filing of an entire case (as opposed to merely a single motion within a case), the party must first *win the case* before seeking Rule 11 sanctions. *See, e.g.*, *Donaldson v. Clark*, 819 F.2d 1551, 1555 (11th Cir. 1987) ("Although the timing of sanctions rests in the discretion of the trial judge, it is

anticipated that in the case of pleadings the sanctions issue under Rule 11 normally will be determined at the end of the litigation, and in the case of motions at the time when the motion is decided or shortly thereafter") (cleaned up); *Ideal Image Dev. Corp. v. Idealaser Hair Removal Corp.*, No. 18-20927-CIV, 2019 WL 12267190, at *2 (S.D. Fla. Oct. 24, 2019) *R. & R. adopted,* 2019 WL 12267187 (S.D. Fla. Dec. 12, 2019) (noting that "Rule 11 sanctions are ordinarily not determined until the end of litigation").

Nobody has won this case yet. If Defendant wins, it can file a motion for Rule 11 sanctions. In the meantime, this Motion is premature and should be denied without prejudice.

## II.  RECOMMENDATION & NOTICE OF RIGHT TO OBJECT

For the reasons stated above, the undersigned **RECOMMENDS** that the Motion (DE 101) be **DENIED WITHOUT PREJUDICE**. The parties shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with United States District Judge Aileen M. Cannon. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. **IF A PARTY DOES NOT INTEND TO OBJECT TO THIS REPORT AND RECOMMENDATION, THEY SHALL FILE A NOTICE TO THAT EFFECT WITHIN FIVE (5) DAYS. RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 2nd day of February 2024.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE