UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14482-CIV-CANNON/McCabe

**CATHERINE BERNTHEIZEL**,

    Plaintiff,

v.

**SAFECO INSURANCE COMPANY OF ILLINOIS**,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 131]**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Defendant's Motion for Summary Judgment (the "Report") [ECF No. 131], issued on February 9, 2024. On November 27, 2023, Defendant filed a Motion for Summary Judgment (the "Motion") [ECF No. 89]. On February 9, 2024, following referral, Judge McCabe issued a Report recommending that the Motion be granted [ECF No. 131 pp. 1, 20]. Objections to the Report were due on February 23, 2024 [ECF No. 131 p. 20]. Plaintiff [ECF No. 123] and Defendant [ECF No. 134] thereafter filed notices of no objection to the Report.

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report,

CASE NO. 21-14482-CIV-CANNON/McCabe

the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784. Legal conclusions are reviewed de novo, even in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Following de novo review, the Court finds the Report to be well reasoned and correct. For the reasons set forth in the Report [ECF No. 131 pp. 7–20], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 131] is **ACCEPTED**.

2. Defendant's Motion for Summary Judgment [ECF No. 89] is **GRANTED**.

3. Order of Final Judgment in favor of Defendant to follow.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of February 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record